UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DANTE KARR,**

    Plaintiff,

v.                                                                                              Case No.:

**EMPLOYBRIDGE, LLC d/b/a HIRE DYNAMICS,**

    Defendant.

_____/

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant, EmployBridge, LLC d/b/a Hire Dynamics ("EmployBridge" or "Defendant"), by and through its undersigned attorneys, pursuant to 28 U.S.C. §§1331, 1441(a), and 1446, hereby removes this action, based on federal question jurisdiction, from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division, and in support of such removal states:

1. Defendant is the only named Defendant in the civil action filed in the Circuit Court, Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Case No., on April 17, 2025, titled *Dante Karr v. EmployBridge, LLC d/b/a hire Dynamics*, (the "State Court Action").

2. Plaintiff's four-count State Court Action alleges two federal law counts of Title VII of the Civil Rights Act of 1964 ("Title VII") violations (Counts 1-2) and two counts of Chapter 760, Florida Statutes ("FCRA") violations (Counts 3-4).

3. Because Plaintiff is asserting several claims under Title VII– a federal statute – this action is subject to removal based on federal question jurisdiction pursuant to 28 U.S.C. §1331.

4. Additionally, this Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367, which dictates that this Court shall have "supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

5. No reason exists under 28 U.S.C. § 1367(c) that Plaintiff's claims under state law should not be adjudicated in this Court. First, Plaintiff's state claims raise no novel or complex issue of state law. Second, Plaintiff's state claims do not substantially predominate over the federal claim, over which this Court has jurisdiction. Third, the federal claims, over which this Court has jurisdiction, have not been dismissed. And fourth, there are no exceptional circumstances that warrant declining jurisdiction over the state claims.

6. The events alleged by Plaintiff giving rise to his claims allegedly occurred in Hillsborough County, Florida. (Pl's Complaint at ¶2). Thus, venue properly lies in the United States District Court for the Middle District of Florida, Tampa Division.

7. Defendant was served with the Summons and Complaint in the State Court Action on May 2, 2025. This removal petition is therefore timely as it is filed within thirty (30) days after receipt of the Summons and Complaint. See 28 U.S.C. § 1446(b).

8. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendant are attached hereto as composite **Exhibit A.**

9. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on Plaintiff and a copy of this Notice will also be filed concurrently with the Clerk of the Circuit Court, Twelfth Judicial Circuit, Hillsborough County, Florida, a copy of which is attached hereto as **Exhibit B**.

10. Therefore, removal is appropriate pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

**WHEREFORE**, on the foregoing basis, Defendant respectfully submits that removal of this action to this Court is proper, just and appropriate.

Respectfully submitted this 13th day of May, 2025.

                              **FORDHARRISON LLP**

                              By:    */s/ Todd S. Aidman*_____
                                      Todd S. Aidman
                                      Florida Bar No. 0173029
                                      taidman@fordharrison.com
                                      Jesica P. Fico
                                      Florida Bar No. 1049243
                                      jfico@fordharrison.com
                                      401 E. Jackson Street, Suite 2500
                                      Tampa, FL 33602

                                              Telephone: (813) 261-7800
                                              Facsimile: (813-261-7899
                                              ***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I will send a copy via electronic mail to the following:

Alberto Naranjo
AN@ANlawfirm.com
AN Law Firm, P.A.
7900 Oak Ln #400
Miami Lakes, FL 33016

                                              */s/ Todd S. Aidman*
                                              Todd S. Aidman